UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Hacene Mezri

      v.                                    Civil No. 1:13-cv-237-SM

US Attorney General, et al

**ORDER PROHIBITING REMOTE ELECTRONIC ACCESS**

    The [1] Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 with attachments and, [2] Motion for Release from Detention Pursuant to Zadvydas v. Davis, filed in the above-captioned case contains one or more personal identifiers listed in Fed. R. Civ. P. 5.2(a).  Making this information available over the Internet may result in personal or financial harm to the person whose personal information is contained in the referenced documents.  Therefore, because good cause exists to prohibit a nonparty from obtaining remote electronic access to documents, the clerk shall limit remote access to [1] Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 with attachments and, [2] Motion for Release from Detention Pursuant to Zadvydas v. Davis, pursuant to Fed. R. Civ. P. 5.2(e)(2).

    SO ORDERED.

                                            /s/ Landya B. McCafferty
                                            Landya B. McCafferty
                                            United States Magistrate Judge

Date: May 21, 2013

cc:   Hacene Mezri, pro se