UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Hacene Mezri,
    Petitioner

        v.                    Case No. 13-cv-237-SM

U.S. Attorney General, et al.
    Respondent

### O R D E R

The petitioner filed his Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in the District of Massachusetts on May 9, 2013. The case was transferred to this court on May 17, 2013, as the petitioner was being held at the Strafford County Department of Corrections (SCDOC). On May 20, 2013, an Order was entered (document no. 10) directing the petitioner to file a motion to proceed in forma pauperis or pay the $5.00 filing fee by July 24, 2013.

Petitioner's mail was returned on May 28, 2013, and marked "Attempted, Not Known." The Clerk's Office contacted SCDOC's Booking office and learned that petitioner had been released into the custody of the Bureau of Immigration and Customs Enforcement ("Immigration") on May 7, 2013. The Clerk's Office has since learned from the Manchester, NH Immigration office that the petitioner was no longer in immigration custody and had been released under an Immigration Order of Supervision.

Petitioner having failed to comply with Local Rule 83.6(e) - failure to notify the clerk's office of any change of address and telephone number, this case is hereby dismissed, without prejudice, for lack of prosecution.

SO ORDERED.

Date:   August 15, 2013

_____
Steven J. McAuliffe
United States District Judge

cc:   Hacene Mezri, pro se